JS-6

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

8
9

10

PARAMOUNT RESTYLING
AUTOMOTIVE INC., et al.,

11

Plaintiffs,

12

v.

13

GALAXY MOTO INC., et al.

14

Defendants.

15

Case No. 5:17-cv-01102-CBM (SPx)

*Hon. Consuelo B. Marshall*
*Hon. Magistrate Sheri Pym*

**FINAL CONSENT JUDGMENT AND ENTRY
OF PERMANENT INJUNCTION**

16
17
18
19
20
21
22
23
24
25
26
27
28

NOW ON THIS day the above-captioned cause comes before the Court. The Court, after being fully advised in the premises and after reviewing the court file, finds and orders as follows:

Plaintiffs PARAMOUNT RESTYLING AUTOMOTIVE INC., a California corporation; and WARNER SCIENCE APPLICATIONS, a California corporation (collectively, the "Plaintiffs"), on the one hand, and GALAXY MOTO INC., a California corporation; GC INNOVATION, a California corporation; RAZER AUTO, INC., a California corporation; GARRY CHING, an individual; JESSICA CHING, an individual; LINDA CHIU, an individual; JENNIFER CHI, an individual; and SAMUEL CHI, an individual (collectively, the "Defendants"), on the other hand, pursuant to a Settlement Agreement have agreed and consented to the entry of this Final Consent Judgment and Entry of Permanent Injunction with regard to Plaintiffs' claims of Defendants' copyright infringement of Plaintiffs' collections of automotive product photographs (the "Subject Collections") in this action.

MYERS ANDRAS SHERMAN LLP
19900 MacArthur Blvd.
Suite 1150
Irvine, CA 92612

Pursuant to the Settlement Agreement between the parties, and their joint request, the Court hereby enters the following Judgment:

IT IS ORDERED, ADJUDGED AND DECREED that Defendants have infringed Plaintiffs' copyrights by creating, making and/or developing works infringing on the Subject Collections.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, and their respective officers, directors, employees and agents, successors or assigns and any company or entity controlled by any of the Defendants, or acting in concert with any of the Defendants, shall not copy, publish or use, in any way (directly or indirectly) any of the photographs in the Subject Collections, or any other photographs, images or writings subject to Plaintiffs' common law or statutory copyrights (including dimensional product images).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, and their respective officers, directors, employees and agents, successors or assigns and any company or entity controlled by any of the Defendants, or acting in concert with any of the Defendants, shall not violate Plaintiffs' intellectual property rights, including but not limited to, Plaintiffs' copyright in the Subject Collections.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants shall destroy within five days of entry of this Judgment all photographs in the Subject Collections, or any other photographs belonging to Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs, and each of them, jointly and severally, shall have judgment against Defendants, and each of them, jointly and severally, in the amount of $175,000 (the "Judgment Amount"), which Defendants may pay on the following terms: Contemporaneously with the execution and delivery of the Settlement Agreement between the parties, by wire transfer (to the account as instructed by Plaintiffs) the amount of $20,000; and for 31 consecutive months starting on November 1, 2018, Defendants shall pay Plaintiffs consecutive monthly payments of $5,000 each, by wire-transfer, certified, bank or cashier's check, for total payments of $175,000 to Plaintiffs.  Defendants shall be entitled to

- 2 -

MYERS ANDRAS SHERMAN LLP
19900 MacArthur Blvd.
Suite 1150
Irvine, CA 92612

make any of these monthly payments early with no early payment penalty. If any amount is not paid when due, Defendants consent to issuance of a writ of execution for the full remaining balance plus interest from the date of this Judgment on the balance.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment Amount is nondischargeable under 11 U.S.C. § 523(a)(2)(B), and that so long as the Judgment Amount remains outstanding, the Judgment Amount shall not be dischargeable in any bankruptcy case or any other case filed by or against Defendants under 11 U.S.C. § 101 *et seq.*, and shall be deemed nondischargeable for all other legal purposes.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this matter shall be administratively closed upon entry of this Judgment, but the Court shall retain jurisdiction and venue over Plaintiffs and Defendants solely with respect to enforcement of this Judgment and the Settlement Agreement between the parties and any dispute or controversies that may arise with regard thereto, which shall be exclusively brought before this Court for resolution thereof. Without limiting the generality of the foregoing, either party shall bring any action to enforce or construe any provisions of this Judgment or the Settlement Agreement solely by reopening this matter in this Court. In the event of such reopening of this matter for enforcement or to construe the provisions of this Judgment or the Settlement Agreement, the prevailing party shall be entitled to recover its attorneys' fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms of this Judgment and the terms of the Settlement Agreement are binding on the parties in any future action and the parties are foreclosed, in any such future action, from litigating any of such terms.

///

///

///

///

///

MYERS ANDRAS SHERMAN LLP
19900 MacArthur Blvd.
Suite 1150
Irvine, CA 92612

NOW, therefore, this Court enters FINAL JUDGMENT for Plaintiffs against Defendants, with all parties to bear their own attorney fees and costs.

**IT IS SO ORDERED.**

DATED: October 23, 2018

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

Jointly Submitted and Consented to:

*/s/ Joseph C. Andras*
Joseph C. Andras, Esq.
Phillip Ashman, Esq.
Brian A. Kumamoto, Esq.
Myers Andras Ashman Kumamoto LLP
Attorneys for Plaintiffs

*/s/ Eric Kelly*
Eric Kelly, Esq.
Attorney for Defendants
Razer Auto, Inc., Samuel Chi, and Jennifer Chi

*/s/ Maurice Sharpe*
Maurice Sharpe, Esq.
Attorney for Defendants
Galaxy Moto, Inc; GC Innovation; Garry Ching;
Jessica Ching; and Linda Chiu

- 4 -